# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CIV 8855

Purchased/Filed: October 12, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT

---

*J & J Sports Productions, Inc., as broadcast licensee of the May 5, 2007 DeLaHoya/Mayweather Program*          Plaintiff

against

*Harold C. Graham, individually and as officer, director, shareholder and/or principal of Reflection Bar & Lounge Inc. d/b/a Reflections Bar & Lounge a/k/a Reflections Bar and Grill, et al*          Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____Jessica  Miller_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____November 5, 2007_____ , at __2:00 pm__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint, Rule 7.1 and Individual Judges Rules

on

_____Reflection Bar & Lounge Inc._____ , the

Defendant in this action, by delivering to and leaving with _____Donna Christie_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: ___38___     Approx. Wt: ___145___     Approx. Ht: __5'5"__

Color of skin: __White__     Hair color: __Blonde__     Sex: __F__     Other: _____

Sworn to before me on this

__7th__ day of _____November, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica  Miller

Invoice•Work Order # SP0603228

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*

%AO 440 (Rev. 8/01) Summons in a Civil Action

ORIGINAL

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,
                          Plaintiff.
                    V.

HAROLD C. GRAHAM, Individually, and as officer,
director, shareholder and/or principal of REFLECTION
BAR & LOUNGE INC. d/b/a REFLECTIONS BAR &
LOUNGE a/k/a REFLECTIONS BAR AND GRILL, and
REFLECTION BAR & LOUNGE INC. d/b/a
REFLECTIONS BAR & LOUNGE a/k/a REFLECTIONS
BAR AND GRILL,
                          Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER

**07 CIV 8855**

**JUDGE CHIN**

TO: (Name and address of Defendant)

REFLECTION BAR & LOUNGE INC. d/b/a REFLECTIONS BAR & LOUNGE a/k/a REFLECTIONS BAR AND GRILL
3848 White Plains Road
Bronx, New York   10466                   Our File No. 07-4-S13V

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York   12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          OCT 1 2 2007

CLERK _____  DATE

(By) DEPUTY CLERK