Attorney:

UNITED STATES DISTRICT COURT
COUNTY OF   SOUTHERN DST. NEW YORK    :

J & J SPORTS PRODUCTIONS, INC., ET AL.

                         Plaintiff(s)

- against -

HAROLD C. GRAHAM, ET AL.

                         Defendant(s)

Index No. 07 CIV 8855

AFFIDAVIT OF SERVICE OF:
SUMMONS AND COMPLAINT IN A CIVIL ACTION

STATE OF NEW YORK: COUNTY OF WESTCHESTER   SS:

PETER DEL BENE  BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 11/17/07 at 1810 Hours at 41 NORTH HILLSIDE AVENUE ELMSFORD, NY 10523 deponent served the within SUMMONS AND COMPLAINT IN A CIVIL ACTION on HAROLD C. GRAHAM therein named,

**INDIVIDUAL A** [X] by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. [X] (S) He identified (her) himself as such.

**CORPORATION B** [ ] a (domestic) (foreign) corporation by delivering thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be thereof

**SUITABLE AGE PERSON C** [ ] by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. [ ] (S) He identified (her) himself as of recipient

**AFFIXING TO DOOR, ETC. D** [ ] by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

VERY DARK IN DOOR WAY HARD TO GET GOOD DESCRIPTION OF SKIN COLOR.

**MAILING USE WITH C or D** [ ] Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above recipient at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | BROWN | BROWN | 50 | 5'11 | 230 |

**MILITARY SERVICE** [X] Person spoken to was asked whether the recipient(s) was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient(s) is (are) not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person(s) so served as aforesaid to be the same person(s) mentioned and described as the defendant(s) in this action.

**USE IN NYC CIVIL CT.** [ ] The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons (es).

Sworn to before me on the
11/19/07

GERI L. ALBERT
Notary Public, State of New York
No. 01AL5047399
Qualified in Westchester County
Commission Expires July 31,

PETER DEL BENE
LICENSE No.

# 149800

STATE PROCESS SERVING COMPANY  P.O. Box 625 • Yorktown Heights, New York 10598 • 914-243-5817

AO 440 (Rev. 8/01) Summons in a Civil Action       ORIGINAL

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the May 5, 2007 DeLaHoya/Mayweather Program,
Plaintiff,

V.

HAROLD C. GRAHAM, Individually, and as officer, director, shareholder and/or principal of REFLECTION BAR & LOUNGE INC. d/b/a REFLECTIONS BAR & LOUNGE a/k/a REFLECTIONS BAR AND GRILL, and REFLECTION BAR & LOUNGE INC. d/b/a REFLECTIONS BAR & LOUNGE a/k/a REFLECTIONS BAR AND GRILL,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CIV 8855**
**JUDGE CHIN**

TO: (Name and address of Defendant)

HAROLD C. GRAHAM, Individually, and as officer, director, shareholder and/or principal of REFLECTION BAR & LOUNGE INC. d/b/a REFLECTIONS BAR & LOUNGE a/k/a REFLECTIONS BAR AND GRILL
41 N. Hillside Avenue
Elmsford, New York 10523          Our File No. 07-4-S13V

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON          OCT 1 2 2007

CLERK _/s/ Marcos Quintero_          DATE

(By) DEPUTY CLERK