ECF CASE
JUDGE CHIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**GARDEN CITY BOXING CLUB, INC.**
as Broadcast Licensee of the **September 18,2004
DeLaHoya/Hopkins**, Program.

                                             Plaintiff,

              -against-                    **CERTIFICATE OF SERVICE**
                                                                Civil Action No. 07-CV-08855
                                                                HON. DENNY CHIN

HAROLD C. GRAHAM, Individually, and as
officer, director, shareholder and/or principal of
REFLECTION BAR & LOUNGE INC. d/b/a
REFLECTIONS BAR & LOUNGE a/k/a
REFLECTIONS BAR AND GRILL,

and

REFLECTION BAR & LOUNGE INC. d/b/a
REFLECTIONS BAR & LOUNGE a/k/a
REFLECTIONS BAR AND GRILL,

                                             Defendants
-------------------------------------------------------------

       The undersigned certifies that on the 26th  day of December, 2007 your deponent served the following documents by regular mail:

       1) Request for Default
       2) Affidavit in Support of Request for Default
       3) Clerk's Certificate

on the following:

Reflection Bar & Lounge Inc.
3848 White Plains Rd.
Bronx, NY 10466

Harold C. Graham
41 N Hillside Ave.
Elmsford, NY 10523                                                   /s/ Julie Cohen Lonstein
                                                                         Julie Cohen Lonstein