ECF CASE
JUDGE CHIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program

                              Plaintiff,

   -against-

HAROLD C. GRAHAM, Individually, and as officer, director, shareholder and/or principal of REFLECTION BAR & LOUNGE INC. d/b/a REFLECTIONS BAR & LOUNGE a/k/a REFLECTIONS BAR AND GRILL,

and

REFLECTION BAR & LOUNGE INC. d/b/a REFLECTIONS BAR & LOUNGE a/k/a REFLECTIONS BAR AND GRILL

                              Defendants.
-----------------------------------------------------------

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**
Civil Action No. 07-CV-08855
HON. DENNY CHIN

      **PLEASE TAKE NOTICE** that upon the affirmation of Julie Cohen Lonstein, sworn to on the 4th day of January 2008, in support of said application and the exhibits attached thereto, Plaintiff moves this Court for an order granting the entry of default judgment against the Defendants jointly and severally as follows:

**Against, HAROLD C. GRAHAM, Individually, and as officer, director, shareholder and/or principal of REFLECTION BAR & LOUNGE INC. d/b/a REFLECTIONS BAR & LOUNGE a/k/a REFLECTIONS BAR AND GRILL,**

   1)    under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

   2)    and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE

HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of SIX HUNDRED SIXTY FIVE DOLLARS AND SIXTY TWO CENTS ($665.62)

**Against, REFLECTION BAR & LOUNGE INC. d/b/a REFLECTIONS BAR & LOUNGE a/k/a REFLECTIONS BAR AND GRILL,**

1) under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of SIX HUNDRED SIXTY FIVE DOLLARS AND SIXTY TWO CENTS ($665.62)

Dated: January 4, 2008
      Ellenville, NY  12428

LONSTEIN LAW OFFICE, P.C.

By:  /s/ Julie Cohen Lonstein
     Julie Cohen Lonstein
     Bar Roll No.  JL8521
     Attorney for Plaintiff
     1 Terrace Hill; PO Box 351
     Ellenville, NY 12428
     Telephone:  845-647-8500
     Facsimile:   845-647-6277