ECF CASE
JUDGE CHIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,
                                        Plaintiff,

                                                        **ATTORNEY'S AFFIDAVIT OF COSTS**
                                                        **AND FEES**
     -against-                                          Civil Action No. 07-CV-08855
                                                        HON. DENNY CHIN

HAROLD C. GRAHAM, Individually, and as
officer, director, shareholder and/or principal of
REFLECTION BAR & LOUNGE INC. d/b/a
REFLECTIONS BAR & LOUNGE a/k/a
REFLECTIONS BAR AND GRILL,

and

REFLECTION BAR & LOUNGE INC. d/b/a
REFLECTIONS BAR & LOUNGE a/k/a
REFLECTIONS BAR AND GRILL,

     Defendants.
-----------------------------------------------------------------
STATE OF NEW YORK :
                  : SS.:
COUNTY OF ULSTER  :

   JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

   1.   That I am the attorney for Plaintiff, J & J Sports Productions, Inc., in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

   2.   I make this affidavit in support of Plaintiff's motion for default judgment and damages, costs and fees.

   3.   Plaintiff's litigation expenses as associated with the formation, pleading and filing

of the above captioned matter are as outlined below:

    a.    Filing Fees - $350.00

    b.    Service of Process - $200.00
Attached hereto as Exhibit "A," please find invoice from Signal Auditing, Inc., reflecting the cost of service upon the Defendants.

    c.    Attorneys Fees - $781.25
See below

Total Litigation Expenses ...........................($1331.25)

4. Attorney fees at $200.00 per hour for attorney time spent and $75.00 for paralegal time spent are as follows:

| Date | Action | (in hours) | Fee | |
|---|---|---|---|---|
| 06/07/2007 | Factual research and development | .50 | $100.00 | Atty |
| 06/08/2007 | Claim Letter issued | .25 | $18.75 | Para |
| 06/12/2007 | TC to Defendant | .12 | $25.00 | Atty |
| 10/10/2007 | Complaint drafted, Corporate disclosure | .50 | $300.00 | Atty |
| 10/10/2007 | Complaint sent to Court for Filing | .25 | $18.75 | Para |
| 11/01/2007 | Arranged Service | .25 | $18.75 | Para |
| 11/21/2007 | TC from Defendant's Atty | .13 | $25.00 | Atty |
| 11/26/2007 | Issued Subpoena | .25 | $50.00 | Atty |
| 11/26/2007 | Demand Letter | .25 | $18.75 | Para |
| 12/18/2007 | Review Service | .12 | $25.00 | Atty |
| 12/18/2007 | Filed and mailed Proofs of Service | .25 | $18.75 | Para |
| 12/20/2007 | Review Ltr from Atty | .13 | $25.00 | Atty |
| 12/26/2007 | Drafting Request for Default | .50 | $100.00 | Atty |
| 12/26/2007 | Filed and mailed Request For Default | .50 | $37.50 | Para |

| 01/04/2008 | Drafted Motion for Default | 1.0 | $200.00 | Atty |
|---|---|---|---|---|

|  | **Hours** | **Fee** |
|---|---|---|
|  | 3.25 Atty | $650.00 |
|  | 1.75 Para | $131.25 |

|  | **Total** | **$781.25** |
|---|---|---|

5. As part of its factual research, Plaintiff's Counsel conducted a search of the New York State Division of Alcoholic Beverage Control State Liquor Authority. The results show that Harold C. Graham, is Principal of Reflections Bar Lounge Inc. The Public Query results page is attached hereto, as Exhibit "B".

6. We respectfully request that judgment be entered in favor of Plaintiff and against the Defendants in the manner stated herein.

**WHEREFORE,** your deponent respectfully requests that this Court in its discretion grant judgment by default under 605(a) on COUNT I of the Plaintiff's complaint against the Defendants jointly and severally as follows:

**Against, HAROLD C. GRAHAM, Individually, and as officer, director, shareholder and/or principal of REFLECTION BAR & LOUNGE INC. d/b/a REFLECTIONS BAR & LOUNGE a/k/a REFLECTIONS BAR AND GRILL,**

1) under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of SIX HUNDRED SIXTY FIVE DOLLARS AND SIXTY TWO CENTS ($665.62)

**Against, REFLECTION BAR & LOUNGE INC. d/b/a REFLECTIONS BAR & LOUNGE a/k/a REFLECTIONS BAR AND GRILL,**

1) under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

2)  and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3)  and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of SIX HUNDRED SIXTY FIVE DOLLARS AND SIXTY TWO CENTS ($665.62)

Dated: January 4, 2008
Ellenville, NY 12428

/s/ Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.
Bar Roll No. JL8512
Lonstein Law Office, P.C.
Attorneys for Plaintiff
1 Terrace Hill; PO Box 351
Ellenville, NY 12428
Telephone: 845-647-8500
Facsimile: 845-647-6277

Sworn to before me this 4TH day of January 2008

/s/ April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2011*

Exhibit A

Mountain Support Services

1 Terrace Hill
P.O. Box 615
Ellenville, NY 12428

# Invoice

| Date | Invoice # |
|---|---|
| 11/26/2007 | 1166 |

**Bill To**

Lonstein Law Office, PC
Wayne D Lonstein
1 Terrace Hill
P.O. Box 351
Ellenville, NY 12428

| Description | Amount |
|---|---|
| INDIVIDUAL SERVICE<br>J&J v. HAROLD C GRAHAM<br>YOUR FILE #07-4-S13<br>CV #07-8855 | 100.00 |
| **Total** | **$100.00** |

Mountain Support Services

1 Terrace Hill
P.O. Box 615
Ellenville, NY 12428

# Invoice

| Date | Invoice # |
|---|---|
| 11/14/2007 | 1155 |

**Bill To**

Lonstein Law Office, PC
Wayne D Lonstein
1 Terrace Hill
P.O. Box 351
Ellenville, NY 12428

| Description | Amount |
|---|---|
| CORPORATE SERVICE ON SECRETARY OF STATE<br>J&J v. REFLECTION BAR & LOUNGE INC<br>YOUR FILE #07-4-S13V<br>CV#07-8855 | 100.00 |
| **Total** | **$100.00** |

Exhibit B



**Eliot Spitzer**
Governor

Division of Alcoholic Beverage Control
State Liquor Authority

**Daniel B. Boyle**
Chairman

Noreen Healey
Commissioner

Joshua B. Toas
CEO

Home
Office Directory
Licensing Information
Online Licensing
Forms Download
**Public License Query**
Wholesale
Full Board Calendar
500 Foot Hearings
Press Office
Enforcement
Training Information
FAQs
ABC Law
Mission Statement
Privacy
Security

Help

## Public Query - Results

**License Information**
   **Serial Number:** 1151148
   **License Type:** ON-PREMISES LIQUOR
   **License Status:** License is Active
   **Credit Group:** 2
   **Filing Date:** 04/23/2004
   **Effective Date:** 07/01/2006
   **Expiration Date:** 06/30/2008

**Premises Information**
   **Principal's Name:** GRAHAM,HAROLD C
   **Premises Name:** REFLECTION BAR LOUNGE INC
   **Trade Name:**
   **Zone:** 1
   **Address:** 3848 WHITE PLAINS ROAD
              221ST STREET & 22NDSTREET
              BRONX, NY 10466
   **County:** BRONX

You can select one of the following links to perform another search:

- **Search by Name**
- **Search by License Number**
- **Search by Location**
- **Search by Principal**