ECF CASE
JUDGE CHIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program
                                Plaintiff,

   -against-

HAROLD C. GRAHAM, Individually, and as
officer, director, shareholder and/or principal of
REFLECTION BAR & LOUNGE INC. d/b/a
REFLECTIONS BAR & LOUNGE a/k/a
REFLECTIONS BAR AND GRILL,

and

REFLECTION BAR & LOUNGE INC. d/b/a
REFLECTIONS BAR & LOUNGE a/k/a
REFLECTIONS BAR AND GRILL
                              Defendants.
-----------------------------------------------------------

**RULE 54(b) STATEMENT**
Civil Action No. 07-CV-08855
HON. DENNY CHIN

     Plaintiff, J & J Sports Productions, Inc., as and for its Statement pursuant to Rule 54(b) of the Federal Rules of Civil Procedure hereby states as follows:

     There is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay, as the defaulting Defendants are the only remaining Defendants in this case.

Dated: January 4, 2008
       Ellenville, NY  12428

LONSTEIN LAW OFFICE, P.C.

By:   /s/Julie Cohen Lonstein
      Julie Cohen Lonstein
      Bar Roll No.  JL8521
      Attorney for Plaintiff
      1 Terrace Hill; PO Box 351
      Ellenville, NY 12428
      Telephone:  845-647-8500
      Facsimile:   845-647-6277