ECF CASE
JUDGE CHIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program
                          Plaintiff,

   -against-

HAROLD C. GRAHAM, Individually, and as officer,
director, shareholder and/or principal of
REFLECTION BAR & LOUNGE INC. d/b/a
REFLECTIONS BAR & LOUNGE a/k/a
REFLECTIONS BAR AND GRILL,

and

REFLECTION BAR & LOUNGE INC. d/b/a
REFLECTIONS BAR & LOUNGE a/k/a
REFLECTIONS BAR AND GRILL
                         Defendants
-------------------------------------------------------------

**STATEMENT FOR JUDGMENT**
Civil Action No. 07-CV-08855
HON. DENNY CHIN

**Principal Amount**.................................................................................$ 110,000.00

**Costs:**

    Filing Fees (per Defendant).........................................................$ 175.00

    Process Server (per Defendant)...................................................$ 100.00

    Attorney's Fee (per Defendant)...................................................$ 390.62

**TOTAL (Per Defendant)**.......................................................................$ 110, 665.62

***BETWEEN $10, 000 - $110, 000 IN THE DISCRETION OF THE COURT***

LONSTEIN LAW OFFICE, P.C.

By: /s/ Julie Cohen Lonstein
      Julie Cohen Lonstein
      Bar Roll No. JL8521
      Attorney for Plaintiff
      1 Terrace Hill; PO Box 351
      Ellenville, NY 12428
      Telephone: 845-647-8500
      Facsimile: 845-647-6277