ECF CASE
JUDGE CHIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program

                Plaintiff,

   -against-

HAROLD C. GRAHAM, Individually, and as
officer, director, shareholder and/or principal of
REFLECTION BAR & LOUNGE INC. d/b/a
REFLECTIONS BAR & LOUNGE a/k/a
REFLECTIONS BAR AND GRILL,

and

REFLECTION BAR & LOUNGE INC. d/b/a
REFLECTIONS BAR & LOUNGE a/k/a
REFLECTIONS BAR AND GRILL
                Defendants
-----------------------------------------------------------------

**CERTIFICATE OF SERVICE**
Civil Action No. 07-CV-08855
HON. DENNY CHIN

     The undersigned certifies that on the 7TH   day of January your deponent served the following documents by Certified Mail Return Receipt Requested:

     Order to Show Cause
     Default Judgment
     Attorney Affidavit of Cost and Fees
     Plaintiff's Affidavit
     Memorandum of Law
     Statement for Judgment
     Rule 54b Statement
     Clerk Certificate of Default
     Certificate of Service

on the following:

Reflection Bar & Lounge Inc.
3848 White Plains Rd.
Bronx, NY 10466

Harold C. Graham
41 N Hillside Ave.
Elmsford, NY 10523

                     /s/ Julie Cohen Lonstein
                     Julie Cohen Lonstein