CHIN, J

ECF CASE
JUDGE CHIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program
                           Plaintiff,

        -against-

HAROLD C. GRAHAM, Individually, and as
officer, director, shareholder and/or principal of
REFLECTION BAR & LOUNGE INC. d/b/a
REFLECTIONS BAR & LOUNGE a/k/a
REFLECTIONS BAR AND GRILL,

and

REFLECTION BAR & LOUNGE INC. d/b/a
REFLECTIONS BAR & LOUNGE a/k/a
REFLECTIONS BAR AND GRILL
                Defendants.
-------------------------------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08
```

**DEFAULT JUDGMENT**
Civil Action No. 07-CV-08855
HON. DENNY CHIN

    The Summons and Complaint in this action having been duly served upon the Defendants, HAROLD C. GRAHAM, Individually, and as officer, director, shareholder and/or principal of REFLECTION BAR & LOUNGE INC. d/b/a REFLECTIONS BAR & LOUNGE a/k/a REFLECTIONS BAR AND GRILL, as set forth in the proof of service by Peter Del Bene, ECF Document No. 4 and REFLECTION BAR & LOUNGE INC. d/b/a REFLECTIONS BAR & LOUNGE a/k/a REFLECTIONS BAR AND GRILL, on November 5, 2007 and November 17, 2007 and said Defendants having failed to plead or otherwise appear in this action,

    **NOW**, on motion of JULIE COHEN LONSTEIN, of counsel to LONSTEIN LAW OFFICE P.C., attorneys for the Plaintiff, it is hereby



**ORDERED AND ADJUDGED** that J & J Sports Productions, Inc.., the Plaintiff, does recover jointly and severally ~~from~~ HAROLD C. GRAHAM, **Individually, and as officer, director, shareholder and/or principal of REFLECTION BAR & LOUNGE INC. d/b/a REFLECTIONS BAR & LOUNGE a/k/a REFLECTIONS BAR AND GRILL,**

1) under 605(e)(3)(C)(i)(II) ~~a sum in the discretion of the Court, of up to TEN~~ the sum of FIVE THOUSAND DOLLARS ~~($10,000.00)~~. ($5,000.00) *DC*

2) and under 605(e)(3)(C)(ii) ~~a sum in the discretion of the Court, of up to ONE HUNDRED~~ the sum of FIVE THOUSAND DOLLARS ~~($100,000.00)~~ for enhanced damages for Defendant's willful violation of 605(a) ($5,000.00) *DC*

3) and under 605(e)(3)(B)(iii) ~~in the discretion of the Court,~~ costs and Attorney fees of SIX HUNDRED SIXTY FIVE DOLLARS AND SIXTY TWO CENTS ($665.62)

*from DC*

**ORDERED AND ADJUDGED** that J & J Sports Productions, Inc.., the Plaintiff, does recover jointly and severally **REFLECTION BAR & LOUNGE INC. d/b/a REFLECTIONS BAR & LOUNGE a/k/a REFLECTIONS BAR AND GRILL,**

1) under 605(e)(3)(C)(i)(II) ~~a sum in the discretion of the Court, of up to TEN~~ the sum of FIVE THOUSAND DOLLARS ~~($10,000.00)~~ ($5,000—) *DC*

2) and under 605(e)(3)(C)(ii) ~~a sum in the discretion of the Court, of up to ONE HUNDRED~~ the sum of FIVE THOUSAND DOLLARS ~~($100,000.00)~~ for enhanced damages for Defendant's willful violation of 605(a) ($5,000—) *DC*

3) and under 605(e)(3)(B)(iii) *in the discretion of the Court,* costs and Attorney fees of SIX HUNDRED SIXTY FIVE DOLLARS AND SIXTY TWO CENTS ($665.62)

~~**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay.~~

Dated:   1 / 15 , 2008

HONORABLE DENNY CHIN
United States District Judge